[No. 73534-9-I.   Division One.   May 2, 2016.]

NICHOLAS E. BOONE, *Petitioner*, v. THE CITY OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-22655-1, Carol A. Schapira, J., entered June 2, 2015. *Dismissed* by unpublished opinion per Verellen, C.J., concurred in by Becker and Trickey, JJ.

[No. 73544-6-I.   Division One.   May 2, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ABDIQAHAR ABDIRAHMAN ADAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-05905-8, Laura C. Inveen, J., entered May 29, 2015. *Affirmed* by unpublished opinion per Leach, J., concurred in by Cox and Spearman, JJ.

[No. 46365-2-II.   Division Two.   May 3, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDALL C. SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-04415-7, Bryan E. Chushcoff, J., entered June 4, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Sutton, J., concurred in by Maxa, A.C.J., and Melnick, J.